## DELIA L. PAYNE ET AL.
### v.
## VALENTINE MILLER ET AL.

FREEHOLD.—This case involving a freehold, is dismissed for want of jurisdiction.

EEROR to the Circuit Court of Madison county; the Hon. AMOS WATTS, Judge, presiding. Opinion filed October 6, 1881.

Mr. DAVID GILLESPIE, for plaintiffs in error.

Messrs. METCALF & BRADSHAW, for defendants in error.

PER CURIAM. This case involves a freehold, and we must therefore dismiss the writ of error, because we have no jurisdiction. 6 Bradwell, 389–394; 7 Bradwell, 128.

The record may be withdrawn. Writ of error dismissed.